IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MORRIS BROUSSARD, III | § | |
| VS. | § | CIVIL ACTION NO. 1:21-cv-364 |
| DARRYL T. BLALOCK, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Morris Broussard, III, formerly an inmate confined at the Jefferson County Correctional Facility in Beaumont, Texas, proceeding *pro se*, brings this civil rights lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff was granted permission to proceed *in forma pauperis* and subsequently paid a total of $78.00 while he was confined. On December 14, 2021, however, Plaintiff notified the court of his release via a change of address to a private address located in Beaumont, Texas.

On April 21, 2022, based on his release from custody, Plaintiff was ordered to either pay the remainder of the full filing fee, $272.00, or submit a new Application to Proceed *In Forma Pauperis*, in accordance with 28 U.S.C. § 1915(a)(1). Additionally, on April 21, 2022, Plaintiff was granted an extension of time to submit an amended complaint. Plaintiff's compliance with the orders was due on or before the expiration of fifteen days from the date of the orders.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v.*

*Graystone Ins. Co., Ltd.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

As of this date, Plaintiff has neither paid the remainder of the filing fee nor submitted a properly supported Application to Proceed *In Forma Pauperis*, as ordered. Additionally, Plaintiff failed to comply with the order to submit an amended pleading. Further, Plaintiff's copies of the orders sent to him were returned to the court unclaimed. Accordingly, Plaintiff has failed to diligently prosecute this case. Therefore, this action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

## Recommendation

This action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 20th day of May, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE